PROB 22  
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 0753/2 07-20090-002 |

| DOCKET NUMBER *(Rec. Court)* |
|---|
| 20-cr-00035-CMA |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Ezra Martin | CD/IL | Urbana |

| NAME OF SENTENCING JUDGE |
|---|
| Michael P. McCuskey |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
|  | 07/19/2019 | 07/18/2024 |

**OFFENSE**  
Aiding & Abetting Armed Bank Robbery  
Felon in Possession of a Firearm  
Possession of Firearm in Furtherance of a Crime of Violence

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   CENTRAL   DISTRICT OF   ILLINOIS/Urbana

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Colorado upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1/30/20  
*Date*     *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE     DISTRICT OF   COLORADO

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/30/2020  
*Effective Date*     *United States District Judge*