Christine Arguello, Federal Judge

Alfred A. Arraj, United States Courthouse A638

Denver, CO 80294

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 26 2023

JEFFREY P. COLWELL
CLERK

January 21st, 2023

Honorable Judge Arguello;

It is with great appreciation that I submit this letter in support of my application for early discharge from federal supervision. Regardless of the outcome on the final decision of this appeal, I would like to thank all those involved in this process along the way. Thank you for your time and consideration.

On February 12, 2009, I was sentenced in the central District of Illinois to 130 months prison and 5 years of supervised release for the offense of Aiding and Abetting Armed Bank Robbery, Felon in Possession of a Firearm, and Possession of a Firearm in Furtherance of a Crime of Violence. My supervision started in July of 2019, and my case was transferred to Your Honor in February 2020. I would like Your Honor to know that I have been fully compliant with my conditions of supervision for the past 42 months. I know that this offense and my criminal history is concerning, I am now a different person, with a different outlook on life.

I am 68 years old, and most people arrive at this stage in life with an accumulation of goals, achievements and accomplishments that they can reflect on with great pride. And most people arrive at this stage in life with an accumulation of regrets, shortcomings and failures. I am no different than most people with a mixture of plus & minus. The achievements that surround my family are the greatest blessing for me and my failures as the patriarch of my family are the greatest regret. I have 4 children, 7 grandchildren and 13 great-children. They all look to me as a source of wisdom, guidance and support. I will not let them down again.

I left prison in 2016 with not only a plan and determination to live a life crime-free but to establish myself in a way that would make my family proud to have me as the head of it. Once I got out all my efforts were towards maintaining a productive and healthy lifestyle. Through my faith and the unwavering support of my family the transition was/is successful.

From 2016 to 2018 I worked 2 separate jobs, the last of which was as a shuttle driver for Groome Transportation. From 2018 up until now I have been in semi-retirement but I act as the caretaker for our 20,000 sq. ft. church building. Just being given this responsibility is humbling for me and inspirational. I am a staple of my church community and I am entrusted with the keys to the building. I am contemplating returning to driving in the future, and I am currently supported by my social security benefits.

After God the biggest stabilizing force in my life has been my marriage to Syndra Jones. This beautiful soul has grounded and centralized my goals and efforts to be an example to and for my family. It is one of the truism of human existence that a good woman can help the right man accomplish anything. I don't just have a good woman, I have the best woman. Keeping her by my side and in my life is paramount to my happiness and to do that I have to stay upright and positive. I will not let her down. I will not let myself down. I will not let my family down. And if you grant me an early discharge from supervision, I will not let anyone who supports this decision down.

I pray for a positive outcome from this plea.

Thank you in advance for your attention in this matter.

*Ezra C. Martin Sr.*

Ezra C. Martin Sr.

4630 Endicott Dr

Colorado Springs, CO 80916

E C MARTIN SR
1630 ENDICOTT DR
COLORADO SPRINGS CO
80914

DENVER CO 802
23 JAN 2023 PM 5 L

HONORABLE CHRISTINE ARGUELLO
UNITED STATES COURTHOUSE A638
DENVER CO 80294

8025355558

FOREVER
031421221105122