IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00035-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EZRA MARTIN,

    Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 30th day of January, 2023.

    COLE FINEGAN
    United States Attorney

*s/ Alyssa Christine Mance*
By:  Alyssa Christine Mance
Assistant U.S. Attorney
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: Alyssa.Mance@usdoj.gov
Attorney for the Government

## CERTIFICATE OF SERVICE

  I certify that on this 30th day of January, 2023, I electronically filed the foregoing **ENTRY OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

            By: *s/ Michelle Trujillo*
               Supervisory Legal Assistant
               United States Attorney's Office