IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-CR-00035-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. EZRA MARTIN,

    Defendant.

## UNITED STATES' RESPONSE TO DEFENDANT'S "LETTER" MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE [ECF #3]

The United States of America, by and through Cole Finegan, United States Attorney for the District of Colorado, and Alyssa Christine Mance, Assistant United States Attorney, respectfully responds to the Defendant's "Letter" Motion for Early Termination of Supervised Release [ECF #3].

## BACKGROUND

On February 12, 2009, the defendant was found guilty in the Central District of Illinois of one count of aiding and abetting armed bank robbery, in violation of 18 U.S.C. §§ 2113(a), (d) and 18 U.S.C. § 2; one count of felon in possession of a firearm, in violation of 18 U.S.C. § 922(g); and one count of possession of a firearm in furtherance of a crime of violence, in violation of 18 U.S.C. § 924(e). *See* ECF #1.  The defendant was sentenced to 130 months imprisonment to be followed by five years of supervised release. *See id.*  The defendant entered supervision on July 19, 2019. *See* ECF #6.

1

On February 3, 2020, the jurisdiction over the defendant's supervision was transferred to the District of Colorado.  *See* ECF #1.

On January 26, 2022, a letter by the defendant, requesting early termination of supervised release, was filed by the clerk.  ECF #3.  The defendant requests that the Court terminate his supervised release based upon his compliance.  *See id.*  At this time, the defendant has completed 42 of his 60 months of supervised release (70%).  *See* ECF #6.

After receiving the motion, the Court allowed the Government and Defendant's probation officer to respond on or before February 17, 2023.  ECF #5.  The United States Probation Office filed its response on February 3, 2023.  ECF #6.  This response follows.

## LEGAL STANDARD

When considering terminating a defendant's supervised release, the Court must first consider the statutory factors enumerated in 18 U.S.C. section 3583(e).[1]  After doing so, if the defendant has spent at least one year on supervised release, the Court may terminate supervised release, "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."  18 U.S.C. § 3585(e)(1).  Whether to grant a motion to terminate a term of supervised release is a matter of the Court's discretion. *Rhodes v. Judiscak*, 676 F.3d 931, 933 (10th Cir. 2012).

---

[1] The court must consider the factors set for in sections 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7).

## ANALYSIS

In this case, as the United States Probation Office noted in its response that the defendant has been compliant with the terms of his supervised release.  *See* ECF #6.  In his time on supervised release, he does not have any court-reported violations.  *Id.*  He is in the low/moderate category according to the Post Conviction Risk Assessment, which means he has a 17% risk of re-arrest and a 6% risk of revocation over the next 12 months.  *Id.*  The U.S. Probation Office notes that the defendant has positively progressed in the community, maintained stable residence with his wife, spends time with family, and has employment.  *Id.*  The U.S. Probation Office also notes that, while the defendant has a history of violence, his last contact with the criminal justice system before the instant case was 16 years prior.  *Id.*  The U.S. Probation Office does not object to the defendant's motion for early termination. *Id*.

Based on the defendant's compliance with supervised release and the recommendation of the United States Probation Office, the Government also does not oppose the defendant's early termination from supervised release.

///

///

///

///

///

## CONCLUSION

The United States does not object to the Defendant's motion and does not demand a hearing pursuant to Federal Rule of Criminal Procedure 32.1(c)(1).

Dated this 15th day of February, 2023.

                                           Respectfully submitted,

                                           COLE FINEGAN
                                           United States Attorney

                                           *s/ Alyssa Christine Mance*
                                           By: ALYSSA CHRISTINE MANCE
                                           Assistant U.S. Attorney
                                           1801 California Street, Suite 1600
                                           Denver, CO 80202
                                           Telephone: 303-454-0311
                                           Fax: 303-454-0401
                                           E-mail: alyssa.mance@usdoj.gov
                                           Attorney for Government

5

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of February, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all email addresses of record. A hard copy will be mailed to the Defendant at:

    Ezra C. Martin Sr.
    4630 Endicott Dr.
    Colorado Springs, CO 80916

    *s/Alyssa Christine Mance*
    ALYSSA CHRISTINE MANCE
    Assistant U.S. Attorney