**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Christine M. Arguello**

Criminal Action No. 20-cr-00035-CMA

UNITED STATES OF AMERICA,

     Plaintiff,

v.

EZRA MARTIN,

     Defendant.

---

ORDER

---

     This matter is before the Court on Defendant's "Letter" for Early Termination of Supervised Release (Doc. # 3).  Neither the Government nor the Probation Officer oppose the Defendant's request.

     The Court notes that Defendant has reintegrated well into his community and has maintained a stable residence with his commo-law wife and spends a lot of time with their children and grandchildren and is involved with his church.  Although the Defendant receives Social Security benefits, the Court commends the Defendant in his decision to obtain a job as a driver that provides individuals with transportation to and from medical appointments.  The Court further notes that Defendant's last contact with the criminal justice system before the instant case was 16 years prior.  The Defendant has been compliant with his conditions of supervision and has completed 42 of his 60

months of supervised release and the Court is satisfied that early termination is warranted by his conduct and the interest of justice. 18 U.S.C. § 3583(e)(1). Accordingly, it is

ORDERED that on Defendant's "Letter" for Early Termination of Supervised Release (Doc. # 3) is GRANTED and that Defendant Ezra Martin be DISCHARGED from supervised release.

DATED:  February 17, 2023

BY THE COURT:

CHRISTINE M. ARGUELLO
Senior United States District Judge